IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON ANDREW DOUGLAS,

    Petitioner,                    No. 2:13-cv-0685 EFB P

    vs.

GREG LEWIS,

    Respondent.                ORDER

_____/

      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Examination of the petition and the court's records reveals that petitioner has raised challenges to the same conviction in an earlier petition to this court, Case No. 2:97-cv-0775 KJM JFM. Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition. This action does not effect consolidation of the actions.

      Accordingly, it is hereby ordered that:

      1. This action is reassigned to Judge Kimberly J. Mueller and Magistrate Judge John F. Moulds for all further proceedings; henceforth the caption on documents filed in this action shall be shown as No. 2:13-cv-0685 KJM JFM; and

////

1

     2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: May 8, 2013.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE