1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  GORDON ANDREW DOUGLAS,

11            Petitioner,              No. 2:13-cv-0685 EFB P

12      vs.

13  GREG LEWIS,

14            Respondent.             <u>ORDER</u>

15  _____/

16      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.  Examination of the petition and the court's records reveals that

18  petitioner has raised challenges to the same conviction in an earlier petition to this court, Case

19  No. 2:97-cv-0775 KJM JFM.  Pursuant to Local Rule 190(d), the above-captioned action will be

20  reassigned to the Judge and Magistrate Judge who considered the prior petition.  This action

21  does not effect consolidation of the actions.

22      Accordingly, it is hereby ordered that:

23      1.  This action is reassigned to Judge Kimberly J. Mueller and Magistrate Judge John F.

24  Moulds for all further proceedings; henceforth the caption on documents filed in this action shall

25  be shown as No. 2:13-cv-0685 KJM JFM; and

26  ////

1

1    2.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil

2    cases to compensate for this reassignment.

3    Dated:  May 8, 2013.

4

5    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26