UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ANDREW DOUGLAS, | No. 2:13-cv-685-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| GREG LEWIS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 8, 2013, petitioner filed a document styled as a "motion to continue to proceed in forma pauperis and appointment of counsel." ECF No. 2.

With regard to petitioner's request to proceed in forma pauperis, petitioner has not filed the appropriate in forma pauperis affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). While petitioner seeks to continue the in forma pauperis status he was granted in his 1997 petition (*see* Civ. No. S-97-775 KJM-JFM P), this court is unable to grant petitioner's request by referring to an affidavit filed in a separate action. Furthermore, that application was submitted over 13 years ago and the information contained therein is not current. Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

1

With regard to petitioner's request for the appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  *See* Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

3. Petitioner's April 8, 2013 request for appointment of counsel (ECF No. 2) is denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

4. Upon the filing of a proper application to proceed in forma pauperis or payment of the filing fee, the court will screen the petition pursuant to the district judge's January 8, 2014 order.

Dated: January 15, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE